E-FILED
Friday, 31 May, 2013  03:59:23 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF ILLINOIS, ex rel. DONALD HELFER, M.D., and DONALD HELFER, M.D., individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATED ANESTHESIOLOGISTS OF SPRINGFIELD, LTD., an Illinois Corporation, CBIZ MEDICAL MANAGEMENT PROFESSIONALS, INC., an Ohio Corporation, and ANESTHESIA BUSINESS CONSULTANTS, LLC, a Michigan Limited Liability Company,<br><br>Defendants. | No. 10-3076 |

## SEALED OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This matter is before the Court on Government's Notice of Election to Decline Intervention (d/e 23).  The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the Amended Complaint be unsealed and served upon the Defendants by the Relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order and the Government's Notice of Election to Decline Intervention, which the Relator will serve upon the Defendants only after service of the Amended Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the Parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the Parties shall serve all notices of appeal upon the United States;

6.     all orders of this Court shall be sent to the United States; and that

7.     should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

ENTER: May 30, 2013

FOR THE COURT:

                                         s/ Sue E. Myerscough
                                         SUE E. MYERSCOUGH
                                         United States District Judge